# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Julius Cedrick Johnson,

       Plaintiff(s),                       JUDGMENT IN A CIVIL CASE

vs.                                         3:06-cv-236-2-MU

Jennifer H. Langley, Superintendent

       Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 1, 2006 Order.

                **Signed: June 1, 2006**

*[signature]*

Frank G. Johns, Clerk
United States District Court